# United States Court of Appeals
## For the First Circuit

No. 07-2016

SIONO SANTOSA,

Petitioner,

v.

MICHAEL B. MUKASEY,[1] Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on June 11, 2008, is amended as follows:

On page 8, line 4, replace "conclusive" with "sufficient"

---

[1] Pursuant to Fed. R. App. P. 43(C)(2), Attorney General Michael B. Muaksey is substituted for former Attorney General Alberto Gonzales as respondent.